UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| RICHARD BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 3:07-CV-0278 PS |
| | ) | |
| WILLIAM WILSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Richard Brooks, a pro se prisoner, filed this case pursuant to 42 U.S.C. § 1983, alleging violations of his federally protected rights while he was confined at the Westville Correctional Center. On February 17, 2009, I denied the Defendants' motion for summary judgment.

Attorneys Christopher C. Myers and Ilene M. Smith of the firm Christopher C. Myers & Associates, 809 S. Calhoun Street, Suite 400, Fort Wayne, Indiana 46802 (phone number (260) 424-0600), are hereby **APPOINTED** to represent Plaintiff Brooks.

A telephonic status conference is hereby set for May 8, 2009 at 10:00 a.m. (Hammond Time). Only counsel shall be required to participate. The Court will initiate the call. The parties shall contact chambers on or before May 7, 2009 with pertinent contact information if different than the information listed on the docket.

**SO ORDERED.**

**ENTERED**: April 6, 2009

/s Philip P. Simon
Philip P. Simon, Judge
United States District Court