UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RICHARD BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:07-CV-0278 PS |
| ) | |
| WILLIAM WILSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Defendants have moved the Court under Fed. R. Civ. Pro. 30 for leave to depose Plaintiff Richard Brooks on or after August 11, 2009, and the Court, being duly advised in the premises, now **GRANTS** that motion. [DE 64].

**IT IS THEREFORE ORDERED** that Defendants may depose Richard Brooks on or after August 11, 2009, at the facility where he is housed.

**SO ORDERED.**

**ENTERED**: August 6, 2009

    /s Philip P. Simon
Philip P. Simon, Judge
United States District Court