UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RICHARD BROOKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 3:07-CV-0278 PS |
| WILLIAM WILSON, *et al.*, | ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER

The parties have indicated to the Court that they are near settlement on this matter. Accordingly, the August 13, 2009 Final Pretrial Conference/Settlement Conference and September 14, 2009 trial date are hereby **VACATED**. A telephone status conference is now **SET** before Judge Simon on **October 5, 2009 at 10:00 a.m.(Hammond Time).**

The Court will initiate the telephone conference. This is done as a courtesy. The parties are **ORDERED** to notify the Case Management Deputy by email at simon_chambers@innd.uscourts.gov by **October 1, 2009 at 5:00 p.m.** as to the following:

1) which attorneys will be participating on the conference call; and

2) what telephone number should be used to contact those attorneys.

In the past, parties have neglected to provide this notice or done so only at the very last minute. If any party does not comply with this portion of the order, that party will be required to appear for this and all future hearings for this matter **IN PERSON**.

**SO ORDERED.**

ENTERED: August 11, 2009

                                                    s/ Philip P Simon
                                                    PHILIP P. SIMON, JUDGE
                                                    UNITED STATES DISTRICT COURT